**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ELOISE HARRIS ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 25-729** |
| **LOUISIANA STATE ET AL.** | * | **SECTION "H" (2)** |

### J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant Louisiana State and against Plaintiffs Eloise Harris and Preston Scarbrough, dismissing their claims without prejudice for lack of subject matter jurisdiction.

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant South Central Planning Zoning Development Commission and against Plaintiffs Eloise Harris and Preston Scarbrough, dismissing their claims with prejudice for being legally frivolous.

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant City of Houma Consolidated Government and against Plaintiffs Eloise Harris and Preston Scarbrough, dismissing their federal takings claims without prejudice for being unripe and dismissing all other claims with prejudice.

New Orleans, Louisiana, this 26th day of August, 2025.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE